IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>*Plaintiff - Appellee,* )<br>)<br>**v.** )<br>)<br>**LAVONTE LAMONT HALLMAN,** )<br>*Defendant - Appellant,* )<br>)<br>_____) | **Case No. 13-4751** |

### MOTION TO EXTEND TIME FOR FILING APPELLANT'S BRIEF AND APPENDIX

Now comes Defendant, Lavonte Hallman, by and through his assigned counsel, Haakon Thorsen, and hereby moves that the Court extend time for filling his brief and appendix, and in support thereof states the following:

1. Opening brief and appendix are currently due January 22, 2014.

2. Counsel is a sole practitioner with an active practice in State and Federal Courts.

3. The government does not oppose this extension.

For the foregoing reasons, counsel requests this Court extend time to file appellant's brief and appendix 30 days, until February 21, 2014.

This the 17th day of January, 2014

/s/Haakon Thorsen
Haakon Thorsen N.C. Bar No. 21760
1235-E East Blvd #239
Charlotte, NC 28203
(704)333-0120
thorsenlawoffice@gmail.com

*Counsel for Appellant*

# CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Amy Elizabeth Ray,
OFFICE OF THE UNITED STATES ATTORNEY
100 Otis Street
Asheville, NC 28801-0000
amy.ray@usdoj.gov

*Counsel for Appellee*


This the 17th day of January, 2014

/s/Haakon Thorsen
Haakon Thorsen N.C. Bar No. 21760
235-E East Blvd #239
Charlotte, NC 28203
(704)333-0120
thorsenlawoffice@gmail.com

*Counsel for Appellant*